Kamaria Davis
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 465-1633
F: (818) 995-4838
E-mail: Kamariad@leiboviclawgroup.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST ROBERT SOLTERO JR, <br><br> Plaintiff <br><br> vs. <br><br> ANDREW SAUL, <br><br> Commissioner of Social Security <br><br> Defendant(s). | CASE No.: 2:20-cv-07308-KK <br><br> **ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND-SEVEN HUNDRED AND NINETY-ONE DOLLARS AND FORTY-SIX CENTS ($1,791.46).

DATE: June 25, 2021

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

- 1